IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY WATSON,

        Petitioner,                       No. CIV S-09-1855 FCD EFB P

        vs.

PEOPLE OF THE STATE OF CALIFORNIA,

        Respondent.                    ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He proceeds *in forma pauperis*. *See* 28 U.S.C. § 1915.

      A petitioner seeking a writ of habeas corpus must name as respondent the person having custody over him. 28 U.S.C. § 2242; Rule 2(a), Rules Governing Section 2254 Cases. This person ordinarily is the warden of the facility where petitioner is confined. *See Stanley v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994). Petitioner names as respondent the People of the State of California, who do not have custody over petitioner. Petitioner has not named the proper respondent.

////

////

1

1   Accordingly, it is ORDERED that the May 19, 2009 petition is dismissed with leave to
2 file an amended petition naming the proper respondent within 30 days of the date of this order.
3 Petitioner's failure to file an amended petition will result in a recommendation that this action be
4 dismissed without prejudice.  The Clerk of the Court is directed to send to petitioner the form
5 Petition for a Writ of Habeas Corpus used in this court.
6 Dated:  November 3, 2009.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2